

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00813-CR

Ruby **RUIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR7335
Honorable Kristina Escalona, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 13, 2024.

Irene Rios, Justice